UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
                                              :
KELLYANN MARIE TOOLAN,
                                              :
              Plaintiff,         **ORDER**
                                              :
    -against-             09 Civ. 3755(CM)(MHD)
                                              :
MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,   :

              Defendant.      :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** as follows:

1. Defendant is to serve his motion for judgment on the pleadings by no later than **WEDNESDAY, OCTOBER 21, 2009.**

2. Plaintiff is to serve her responding papers by no later than **WEDNESDAY, NOVEMBER 18, 2009.** Defendant's reply will be due no later than **WEDNESDAY, DECEMBER 2, 2009.**

**DATED:** New York, New York
       **SEPTEMBER 23, 2009**

                                SO ORDERED.

                                **MICHAEL H. DOLINGER**
                                **UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been mailed this date to:

Ms. Kellyann Toolan
11 1/2 Grant Street
Middletown, NY 10940

Leslie A. Ramirez-Fisher, Esq.
Fax: (212) 637-2750